IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DARRELL CHAMBERS,

    Plaintiff,

v.                                            CASE NO. 1:14-cv-00166-MP-GRJ

KREIDER,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 15, 2014. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A because under *Younger v. Harris* relief may not be granted; and under 28 U.S.C. § 1915A because the defendant is immune from suit. All pending motions are terminated, and this counts as a strike under 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this *20th* day of November, 2014

                                                *s/Maurice M. Paul*
                                              Maurice M. Paul, Senior District Judge